```
 1  J.M. IRIGOYEN #177626
    J.M. IRIGOYEN LAW CORPORATION
 2  2131 Amador
    Fresno, CA 93721
 3
    559.233.3333
 4

 5  Attorney for Defendant
    ALAN YOUNG
 6

 7
 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,  )   Case No. 5:02mj20777
11                             )
         Plaintiff,            )
12                             )
         vs.                   )   SUBSTITUTION OF ATTORNEYS
13                             )
    ALAN YOUNG,                )
14                             )
         Defendant.            )
15  _____)

16                           * * * *

17       J.M. IRIGOYEN, Attorney at Law is hereby substituted as

18  attorney of record for the Defendant, ALAN YOUNG, in place and

19  instead of CARRIE LEONETTI, Attorney at Law.

20       I hereby consent to the above substitution.

21  DATED: 8-23-05

22                                    s/J. M. Irigoyen, Esq.
                                      _____
23                                       J.M. Irigoyen, Esq.

24       I hereby consent to the above substitution.

25  DATED: 8-24-05
                                      s/Carrie Leonetti, Esq.
26                                    _____
                                        Carrie Leonetti, Esq.
27

28
                                 1
```

1 |     I hereby consent to the above substitution.

2 | DATED: 8-22-05

                                                 s/Alan Young

                                        _____

                                                 Alan Young

                              IT IS SO ORDERED.

**Dated:   August 29, 2005**                    **/s/ Lawrence J. O'Neill**
b9ed48                                           UNITED STATES MAGISTRATE JUDGE