# United States District Court
## Eastern District of California

<table>
<tr><td>

UNITED STATES OF AMERICA

v.

**ALAN YOUNG**

(Defendant's Name)
</td><td>

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:  **5:02-20777**

J.M. Irigoyen

Defendant's Attorney
</td></tr>
</table>

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charge(s) _Charge 1, 2, 3_ as alleged in the violation petition filed on _July 28, 05_ .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | NEW LAW VIOLATION | 8/13/04 |
| Charge 2 | ILLICIT DRUG USE | 9/20/04 to 7/14/05 |
| Charge 3 | NEW LAW VIOLATION | 3/17/05 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on _8/10/05_ .

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

9/23/05

Date of Imposition of Sentence

/s/Lawrence J. O'Neill

Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States Magistrate Judge

Name & Title of Judicial Officer

9/28/05

Date

CASE NUMBER:        5:02-20777                                                 Judgment - Page 2  of  2
DEFENDANT:          ALAN YOUNG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  10 months . The Bureau of Prisons will determine the amount of credit for time served [US v. Wilson, 112 S.Ct. 1351 (1992)]

[ ]        The court makes the following recommendations to the Bureau of Prisons:

[✔]        The defendant is remanded to the custody of the United States Marshal.

[ ]        The defendant shall surrender to the United States Marshal for this district.
           [ ] at ___ on ___.
           [ ] as notified by the United States Marshal.

[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
           [ ] before _ on ___.
           [ ] as notified by the United States Marshal.
           [ ] as notified by the Probation or Pretrial Services Officer.
           If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S. Marshal