J.M. IRIGOYEN LAW CORPORATION
J.M. IRIGOYEN, #177626
Attorney at Law
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
ALAN YOUNG

FILED

2006 JAN -4  A 10: 42

CLERK, US DIST COURT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) Case No. NO.02mj20777
                                  )
     Plaintiff,                   ) **REQUEST TO RELEASE**
                                  ) **CASH BOND AND**
     vs.                          ) **ORDER THEREON**
                                  )
ALAN YOUNG,                       )
                                  )
     Defendant.                   )
_____)

On June 16, 2005, Defendant's sister - Denise Dietz - posted $10,000.00 cash bond for Defendant, and on July 8, 2005, Ms. Dietz posted an additional $30,000.00 cash bond deposit for Defendant's release pending hearing on the alleged violations of probation. (See Attachment "A")

On September 2, 2005, Defendant admitted the violations of probation. On September 23, 2005 appeared for sentencing where he was ordered to serve 365 days in the Custody of the United States Bureau of Prisons.

The above cash bond deposits in the amount of $40,00.00 have no further legal purpose as the Defendant is in custody serving the time imposed. Accordingly, Defendant **YOUNG**

1

requests the Court order the release of $10,000.00 and $30,000.00 cash bond to Denise Dietz.

Dated: 12-22-05
J.M. IRIGOYEN LAW CORPORATION

s/J.M. Irigoyen

by: J.M. Irigoyen, Esq.
Attorney for Defendant

**ORDER TO RELEASE CASH BONDS TO DENISE DIETZ**

Having considered Defendant's request to release $10,000.00 cash bond posted on July 16, 2005, and $30,000.00 cash bond posted July 8, 2005 by Denise Dietz, and finding good cause therefore,

**IT IS ORDERED, both cash bonds be released to Denise Dietz.**

Dated: 1/4/06

Hon. Lawrence J. O'Neil
DISTRICT COURT JUDGE

```
                    CLERK'S OFFICE U.S.D.C.
                         LOS ANGELES
           7/8/2005 1:17:48 PM   Receipt #: 75849
                Cashier : BBAYSA [LA 1-1]
         Paid by: DENISE DEITZ  # 93749
         2:MD05-01214   YOUNG, ALAN  (1) Order(1)
         2005-604700    2 - Criminal Cash Bail(1)
         Amount :                         $30,000.00
         BALANCE :                             0.00

         Comment: DENISE DEITZ 8410 BOISE , VENTUR
         A, CA 93004 SS#       1595
         --------------------------------------------
         Check Payment : 193134 /       30,000.00
         --------------------------------------------
         Total Payment :                30,000.00

         (= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

```
               CLERK'S OFFICE U.S.D.C.
                    LOS ANGELES
         6/15/2005 4:20:30 PM  Receipt #: 73007
               Cashier : ABELLAMY [LA 1-1]
         Paid by: FPB(EARLY) FOR DENISE DIETZ
         2:MD05-01214   YOUNG, ALAN  (1) Order(1)
         2005-604700    2 - Criminal Cash Bail(1)
         Amount :                        $10,000.00
         BALANCE :                            0.00

         Comment: BOND OWNER: DENISE A DIETZ, 841
         0 BOISE ST., VENTURA, CA 93004, SS#
         5358
         --------------------------------------------
         Check Payment : 192847 /      10,000.00
         --------------------------------------------
         Total Payment :               10,000.00

         (= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ALAN YOUNG  Defendant/Material Witness. | CASE NUMBER: 05-1214 M |
|---|---|

- ☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
  - [ ] Curfew. You are restricted to your residence every day: [ ] from _____ to _____ , [ ] as directed by PSA.
    [ ] Release to PSA only.
  - [ ] Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] Release to PSA only.
  - [ ] Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] Release to PSA only.
- ☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- ☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
- ☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
- ☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
- ☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
- ☑ Other conditions: DEFENDANT SHALL BE RELEASED AS SOON AS THE PROBATION OFFICER FINDS PLACEMENT IN DRUG TREATMENT PROGRAM AND $10,000 CASH DEPOSITED WITH COURT & AFFIDAVIT OF SURETY WITH NO JUSTIFICATION BY MARLENE HARTSON FILED (R-4)

12/15/05 / Date
Defendant/Material Witness' Signature
Telephone Number

1301 E Ave I #07 _____ Lancaster, Calif. 93535
Address (please print) — City, State And Zip Code

- ☐ Check if interpreter is used: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____  _____
Interpreter's signature  Date

Approved: _____  _____
United States District Judge / Magistrate Judge  Date

If Cash Deposited: Receipt # _____  For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6).

ORIGINAL - YELLOW COPY   PINK - PRETRIAL SERVICES   WHITE - DEFENDANT COPY

CR-1 (9/04)   CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM   Page 2 of 3

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: | |
|---|---|---|
| v.<br>Alan Young<br>Defendant/Material Witness. | COMPLAINT: 05-1214m | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18 | SECTION: 3606 |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $
☒ APPEARANCE BOND IN THE AMOUNT OF $ 70,000.
 ☒ WITH CASH DEPOSIT (AMOUNT OR %) 10,000.
 ☒ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
   $30,000 BY MARLENE HARTSON
 ☒ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
   $30,000 by DEFENDANT
 ☒ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $
☐ ADDITIONAL REQUIREMENTS:
☒ BAIL FIXED BY COURT /s/ Charles    ☐ ALL REQUIREMENTS HAVE BEEN MET:
                  *Deputy Clerk*                                                              *Deputy Clerk*

RELEASE No.
PROBATION OFFICER
☒ RELEASE TO PRETRIAL ONLY
☐ FORTHWITH RELEASE
☒ ALL CONDITIONS OF BOND DEEDING OF PROPERTY
SHALL BE MET AND BOND
POSTED BY: 7-1-05
              *Date*

### PRE-CONDITIONS TO RELEASE
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
 ☐ The Nebbia hearing can be waived by the government.

### ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☐ Defendant shall submit to: [ ] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA and EASTERN DISTRICT OF CALIF.
☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission. PROBATION OFFICER
☒ Reside as approved by PSA and do not relocate without prior permission from PSA. PROBATION OFFICER
☒ Maintain or actively seek employment and provide proof to PSA. PROBATION OFFICER
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☒ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☒ Not use alcohol.
☒ Not use or possess illegal drugs. [☒] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug (and/or) alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA. PROBATION OFFICER
☒ Participate in residential drug (and/or) alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only. PROBATION OFFICER
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials AY    Date 6/15/05

ORIGINAL - YELLOW COPY    PINK - PRETRIAL SERVICES    WHITE - DEFENDANT COPY

CR-1 (9/04)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    Page 1 of 2

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. Alan Young Defendant/Material Witness. | CASE NUMBER: | |
|---|---|---|
| | COMPLAINT: 05-1214m | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18 | SECTION: 3606 |

- ☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
- ☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ _____
- ☒ APPEARANCE BOND IN THE AMOUNT OF $ 70,000.
  - ☒ WITH CASH DEPOSIT (AMOUNT OR %) 10,000.
  - ☒ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4) $30,000 BY MARLENE HARTSON
  - ☒ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3) $30,000 by DEFENDANT
  - ☒ WITH DEEDING OF PROPERTY
- ☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $ _____
- ☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $ _____
- ☐ ADDITIONAL REQUIREMENTS:
- ☒ BAIL FIXED BY COURT /s/ Charles _____

RELEASE No. _____ PROBATION OFFICER
☒ RELEASE TO PRETRIAL ONLY
☐ FORTHWITH RELEASE
☒ ALL CONDITIONS OF BOND DEEDING OF PROPERTY SHALL BE MET AND BOND POSTED BY: 7-1-05
Date

☐ ALL REQUIREMENTS HAVE BEEN MET: _____
Deputy Clerk                                    Deputy Clerk

## PRE-CONDITIONS TO RELEASE

- ☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  - ☐ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

- ☐ Defendant shall submit to: [ ] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
- ☒ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
- ☒ Travel is restricted to: CD/CA and EASTERN DISTRICT OF CALIF.
- ☒ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission. PROBATION OFFICER
- ☒ Reside as approved by PSA PROBATION OFFICER and do not relocate without prior permission from PSA.
- ☒ Maintain or actively seek employment and provide proof to PSA. PROBATION OFFICER
- ☐ Maintain or commence an educational program and provide proof to PSA.
- ☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
- ☒ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- ☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
- ☒ Not use alcohol.
- ☒ Not use or possess illegal drugs. [☒] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- ☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA. PROBATION OFFICER
- ☒ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [☒] Release to PSA only. PROBATION OFFICER
- ☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials: AY   Date: 6/15/05

ORIGINAL - YELLOW COPY          PINK - PRETRIAL SERVICES          WHITE - DEFENDANT COPY

CR-1 (9/04)          CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM          Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ALAN YOUNG | CASE NUMBER: |
| Defendant/Material Witness. | 05-1214 M |

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
   [ ] Curfew. You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA. [ ] Release to PSA only.
   [ ] Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] Release to PSA only.
   [ ] Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] Release to PSA only.

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☑ Other conditions: DEFENDANT SHALL BE RELEASED AS SOON AS THE PROBATION OFFICER FINDS PLACEMENT IN DRUG TREATMENT PROGRAM AND $10,000 CASH DEPOSITED WITH COURT & AFFIDAVIT OF SURETY WITH NO JUSTIFICATION BY MARLENE HARTSON FILED (R-4)

12/15/05
Date     Defendant/Material Witness' Signature     Telephone Number

1301 E AVE I #7 _____     LANCASTER, CALIF. 93535
Address (please print)     City, State And Zip Code

☐ Check if interpreter is used: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____     _____
Interpreter's signature     Date

Approved: _____     _____
    United States District Judge / Magistrate Judge     Date

If Cash Deposited: Receipt # _____     For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY     PINK - PRETRIAL SERVICES     WHITE - DEFENDANT COPY